IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

# JUDGMENT IN A CIVIL CASE

JULIE SU, )
ACTING SECRETARY OF LABOR )
U.S. DEPARTMENT OF LABOR, )
)
    Plaintiff, )
) Case No.: 22-cv-3322-SRB
v. )
)
COURTNEY UNGARO, an Individual, )
and the PERSPECTIVES PREPARATORY )
ACADEMY SIMPLE IRA PLAN, )
)
    Defendants. )

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that

that Plaintiff's Motion for Entry of Default Judgment (Doc. #6) is GRANTED.

It is FURTHER ORDERED:

(1) That Defendant Ungaro is directed to immediately pay $16,209.36 in unremitted employee contributions and $2,753.76 in lost opportunity earnings to be paid directly to Plan participants;
(2) That Defendant Ungaro is permanently enjoined and restrained from serving or acting, either directly or indirectly, as a fiduciary to any ERISA-covered employee benefit plan;
(3) That Defendant Ungaro is permanently enjoined and restrained from violating the provisions of Title I of ERISA at 29 U.S.C. §§ 1103(c)(1), 1104(a)(1)(A), 1104(a)(1)(B), 1104(a)(1)(D), 1106(a)(1)(D), 1106(b)(1), or 1106(b)(2); and
(4) That the Clerk of the Court shall enter a judgment consistent with this order.

April 17, 2023                                      Paige Wymore-Wynn
Date                                                            Clerk of Court

                                                                    /s/ Tracey L. Richard
                                                                    (by) Deputy Clerk